UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEONORA SRUGO,<br><br>Plaintiff,<br>-v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. *et al.*,<br><br>Defendants. | 26 Civ. 7374 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court having been advised by the parties that plaintiff's claims against Citibank, N.A. have been settled in principle, Dkt. 15, it is ORDERED that Citibank, N.A. is hereby dismissed as a defendant, without prejudice to the right to reinstate Citibank, N.A. as a defendant within 60 days of this Order if the settlement is not consummated.

To be clear, any application to reinstate must be filed within 60 days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 60-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any proposed order approving the settlement agreement that seeks the Court's continued jurisdiction should either (1) expressly state that the Court retains jurisdiction to enforce the agreement or (2) incorporate the terms of the settlement agreement in the order.

The Clerk of Court is respectfully directed to terminate defendant Citibank, N.A.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 2, 2026
New York, New York